|   |   |
|---|---|
| ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney<br><br>THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division<br><br>JOSEPH TARTAKOVSKY (CABN 282223)<br>Assistant United States Attorney<br><br>   450 Golden Gate Avenue, Box 36055<br>   San Francisco, California 94102-3495<br>   Telephone: (415) 436-7320<br>   FAX: (415) 436-7123<br>   Joseph.tartakovsky@usdoj.gov<br><br>Attorneys for United States of America | **FILED**<br><br>Aug 31 2023<br><br>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JORGE JAIR ALAS-AVILA,<br><br>    Defendant. | CASE NO. 3:23-MJ-71235-MAG<br><br>[~~PROPOSED~~] DETENTION ORDER |

On August 8, 2023, defendant JORGE JAIR ALAS-AVILA was charged by Indictment with Possession with the Intent to Distribute Fentanyl, in violation of 21 U.S.C. § 841(a)(l) and 841(b)(l)(A).

This matter came before the Court on August 29, 2023, for a detention hearing. The defendant was present and represented by Assistant Federal Public Defender Sophia Whiting. Assistant United States Attorney Joseph Tartakovsky appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the person as required. Accordingly, the defendant

must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the basis for its conclusion: the defendant has no ties to the District of Oregon, the charging district for this Indictment, and only very weak ties to the Northern District of California or the United States as a whole. The defendant is Honduran, and he reported to Pretrial that he has lived in Honduras for the large majority of his life and that none of his family lives in the United States. The defendant reported living in the United States, after a prior removal, for between a year and a year and a half. In particular, he reported living at an Oakland location for around 10 months but said that he was unable to recall the address. The defendant proposed bail resources, but these individuals have no ties to the District of Oregon and are effectively judgment-proof. This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: August 31, 2023

HONORABLE THOMAS S. HIXSON
United States Magistrate Judge